[No. 28406-1-I.   Division One.   June 29, 1992.]

DAVID VOLLER, ET AL, *Appellants*, v. THE CITY OF ISSAQUAH, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 89-2-00684-7, John M. Darrah and Edward Heavey, JJ., entered September 20, 1989, and April 8, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Forrest, J.

[No. 26256-4-I.   Division One.   June 29, 1992.]

CHARLES A. DREILING, ET AL, *Appellants*, v. MARITA VAN MOOS, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 89-2-00386-9, Richard L. Pitt, J., entered May 4, 1990. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 27509-7-I.   Division One.   June 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL B. NAVARRO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-01049-4, Daniel T. Kershner, J., entered December 12, 1990. *Affirmed* by unpublished per curiam opinion.